# LEVINE LEE LLP

### NEW YORK

650 Fifth Avenue, 13th Floor
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

April 23, 2018

**Via ECF**
Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:   *United States v. Connolly, et al.*, No. 16-cr-00370

Dear Chief Judge McMahon:

We respectfully submit this letter on behalf of Defendant Gavin Campbell Black pursuant to Rule IV.H of Your Honor's Individual Practices and Procedures to request oral argument on Defendant Gavin Campbell Black's Individual Motions *in Limine*, filed April 23, 2018.

Respectfully submitted,

Levine Lee LLP

 S/ Seth L. Levine
Seth L. Levine

*Attorneys for Gavin Campbell Black*

cc:  All parties (via ECF)