# LEVINE LEE LLP

### NEW YORK

650 Fifth Avenue, 13th Floor
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

May 7, 2018

<u>VIA ECF</u>

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *United States v. Connolly, et al.*, No. 16-cr-00370

Dear Chief Judge McMahon:

    Counsel for Defendant Gavin Campbell Black respectfully requests access to a break out room at the courthouse to utilize during the trial currently scheduled to begin on June 18, 2018.

    We thank the Court for its consideration.

                                  Respectfully submitted,

                                  Levine Lee LLP

                                  /s/ Seth L. Levine
                                  Seth L. Levine

cc:  All parties (via ECF)