# LEVINE LEE LLP

## NEW YORK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/14/18

650 Fifth Avenue
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

Seth L. Levine
212 257 4040 direct
slevine@levinelee.com

May 9, 2018

**MEMO ENDORSED**

5/14/18
You have until the end of the day to submit your letter.

*Colleen McMahon*

**VIA ECF**

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**Re:** *United States v. Connolly, et al.*, No. 16-cr-00370

Dear Chief Judge McMahon:

On behalf of Defendant Gavin Campbell Black, we respectfully request an opportunity to file a letter response to the Government's letter dated May 8, 2018 [Dkt. No. 253] and Ms. Anderson's supplemental declaration [Dkt. No. 253-1].

We thank the Court for its time and consideration.

Respectfully Submitted,

Levine Lee LLP

/s/ Seth L. Levine
Seth L. Levine
Scott B. Klugman

cc: All parties (via ECF)