UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

- v. -

MATTHEW CONNOLLY, and
GAVIN CAMPBELL BLACK,

Defendants.

------------------------------------------------------------x

S1 16 CR 370 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/18

ORDER DOCKETING SEALED DECISION

McMahon, CJ:

The court has directed the Clerk to docket its Findings of Fact and Conclusions of Law denying Defendant Gavin Campbell Black's motion to dismiss the indictment for purported *Kastigar* violations under seal, but only until such time as the Government can explain to the court how it intends to shield the trial team from access to this document.

The decision must be made public as soon as possible.

Dated: May 16, 2018

_____
Chief Judge

BY ECF TO ALL COUNSEL