**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW CONNOLLY and<br>GAVIN CAMPBELL BLACK,<br><br>*Defendants*. | No.: 1:16-cr-00370 (CM)<br><br>ECF Case |

**MOTION AND [PROPOSED] ORDER OF**
**WITHDRAWAL OF APPEARANCE OF AARON I. KARP**

Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4, Defendant Gavin Campbell Black, by and through his counsel Levine Lee LLP ("Levine Lee"), respectfully requests the withdrawal of the appearance of Aaron I. Karp as counsel on his behalf. Mr. Black further requests that the email address akarp@levinelee.com be removed from the ECF service notification list for this case.

Levine Lee has represented Mr. Black throughout this action and will continue to do so. Mr. Karp is no longer associated with Levine Lee and will not continue to represent Mr. Black in this case. Mr. Karp's withdrawal will not affect the posture of this action.

Dated:  July 20, 2018
        New York, New York

                                            Respectfully Submitted,

                                            /s/ Seth L. Levine
                                            Seth L. Levine
                                            **LEVINE LEE LLP**
                                            650 Fifth Avenue, 13th Floor
                                            New York, New York 10019
                                            Telephone:  (212) 223-4400
                                            Facsimile:  (212) 223-4425
                                            slevine@levinelee.com

                                            *Attorneys for Defendant Gavin Campbell Black*

ENTERED this ____ day of July, 2018

SO ORDERED

_____
Honorable Colleen McMahon
Chief United States District Judge