# LEVINE LEE LLP

### NEW YORK

650 Fifth Avenue, 13th Floor
New York, New York 10019
212 223 4400 main
212 223 4425 fax
www.levinelee.com

**Miriam L. Alinikoff**
212 257 4031 direct
malinikoff@levinelee.com

September 13, 2018

<u>VIA ECF</u>

Honorable Colleen McMahon
Chief United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *United States v. Connolly, et al.*, No. 16-cr-00370

Dear Chief Judge McMahon:

      Pursuant to Rule VI.J of Your Honor's Individual Practices and Procedures, please find attached a proposed electronic devices order.

      Respectfully submitted,

      Levine Lee LLP

      /s/ Miriam L. Alinikoff
      Miriam L. Alinikoff

cc:  All parties (via ECF)