EXHIBIT A

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3460

WRITER'S DIRECT FACSIMILE
212-492-0460

WRITER'S DIRECT E-MAIL ADDRESS
afinch@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM K. GLICK
SALVATORE GOGLIORMELLA
ROBERT D. GOLDBAUM
NEIL GOLDMAN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
MICHAEL S. HONG
DAVID S. HUNTINGTON
LORETTA A. IPPOLITO
JAREN JANGHORBANI
MEREDITH J. KANE

ROBERTA A. KAPLAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
WILLIAM B. MICHAEL
TOBY S. MYERSON
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG H. OH
BRAD R. OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
VALERIE E. RADWANER
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
ADAM M. GIVERTZ
SCOTT M. SONTAG
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
MARIA T. VULLO
ALEXANDRA M. WALSH*
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

June 23, 2014

**By FedEx**

Jennifer L. Saulino, Esq.
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building, Room 4304
Washington, DC  20530

Richard Powers, Esq.
U.S. Department of Justice
Antitrust Division, New York
 Field Office
26 Federal Plaza, Room 3630
New York, New York  10278

*Deutsche Bank AG Interbank Offered Rates Grand Jury Investigation*

Dear Ms. Saulino and Mr. Powers:

As you know, we represent Deutsche Bank AG ("Deutsche Bank") in connection with the above-referenced matter.  On behalf of Deutsche Bank, we enclose a disc bearing control number DBGJ 00012919 containing an analysis of net reset positions (in notional equivalent) for products with a Euribor, U.S. Dollar LIBOR, Yen LIBOR, Euroyen TIBOR, Pound Sterling LIBOR, or Swiss Franc LIBOR sensitivity recorded during the period January 1, 2005 through June 30, 2011 on trading books mapped to Christian Bittar.

We also enclose, as an appendix, a list of trading books from the RMS trade capture system which are detailed in Christian Bittar's 2005 compensation statement (which was produced to you on February 13, 2013 as DBGJ 00004932 – 00004933).  The net reset positions (in notional equivalent) for Christian Bittar for the

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Jennifer L. Saulino, Esq.
Richard Powers, Esq.                                                            2

year 2005 were calculated only on the basis of the trading books detailed in this statement due to the limited availability of other resources from this period used as part of Deutsche Bank's book to trader mapping process.

       As the enclosed is not a record maintained in the ordinary course of business by Deutsche Bank, no associated metadata has been provided. The enclosed disc is encrypted. The key will be provided in a separate email to follow.

*         *         *

       Provision of the aforementioned materials is not intended to, and does not, waive any applicable privilege or other legal basis under which information may be protected from disclosure. If it were found that production of the materials constitutes production of otherwise privileged matters, such disclosure would be inadvertent, and is not intended to, and does not, waive the attorney-client privilege or any other protections. In addition, neither Deutsche Bank's productions nor anything in this letter shall constitute a waiver of any jurisdictional defenses Deutsche Bank may have relating to this matter.

       This letter and the aforementioned materials concern non-public, confidential, and privileged business, commercial, and/or personal information regarding the Deutsche Bank and/or its personnel. We therefore request, pursuant to 5 U.S.C. § 552(b), that confidential treatment be accorded the letter and aforementioned materials, as well as any transcripts, notes, memoranda or other records created by, or at the direction of, the Department of Justice, its officers, or staff members that reflect or relate to the letter or aforementioned materials, and that the letter and aforementioned materials be used by the DOJ solely for purposes of this inquiry. Accordingly, this letter bears a legend indicating that confidential treatment is requested, and the letter and above-referenced materials are submitted to the CFTC and DOJ on the expectation that they be kept in a non-public file and that access to them by any third party not a member of the DOJ, CFTC, or their staff will be denied.

       We request that the DOJ notify me of any determination not to accord confidential treatment to these materials. We also request that the DOJ notify me of any request, under the Freedom of Information Act or otherwise, seeking access to the letter or accompanying materials, to enable us to substantiate the grounds for confidential treatment.

       Sincerely,

          Andrew C. Finch

Enclosure

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

DOJ-A-0000994

APPENDIX

**CHRISTIAN BITTAR**

**BOOKS LISTED IN 2005 EMPLOYMENT CONTRACT**

| |
|---|
| FFMMDEUR1M |
| FFMMDEUR3M |
| FFMMDEUROIS |
| FFMMDXMKTS |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3460

WRITER'S DIRECT FACSIMILE
212-492-0460

WRITER'S DIRECT E-MAIL ADDRESS
afinch@paulweiss.com

UNIT 3601, OFFICE TOWER A  BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU  U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2 2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JESSICA S CAREY
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A FIEDELMAN
ANDREW C FINCH
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D GOLDBAUM
NEIL GOLDMAN
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
GAINES GWATHMEY, III
ALAN S HALPERIN
JUSTIN G HAMILL
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
MICHAEL S HONG
DAVID S HUNTINGTON
LORETTA A IPPOLITO
JAREN JANGHORBANI
MEREDITH J KANE
ROBERTA A KAPLAN

BRAD S KARP
PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
MARK F MENDELSOHN
WILLIAM B MICHAEL
TOBY S MYERSON
CATHERINE NYARADY
JANE B O'BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
MARC E PERLMUTTER
VALERIE E RADWANER
CARL L REISNER
LORIN L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
ELIZABETH M SACKSTEDER
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
JOHN M SCOTT
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
AUDRA J SOLOWAY
SCOTT M SONTAG
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
MONICA K THURMOND
DANIEL J TOAL
LIZA M VELAZQUEZ
MARIA T VULLO
ALEXANDRA M WALSH*
LAWRENCE G WEE
THEODORE V WELLS, JR
BETH A WILKINSON
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA MASON WOOD
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

September 24, 2014

**By FedEx**

Jennifer L. Saulino, Esq.
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building, Room 4304
Washington, DC  20530

Richard Powers, Esq.
U.S. Department of Justice
Antitrust Division, New York
 Field Office
26 Federal Plaza, Room 3630
New York, New York  10278

*Deutsche Bank AG Interbank Offered Rates Grand Jury Investigation*

Dear Ms. Saulino and Mr. Powers:

       As you know, we represent Deutsche Bank AG ("Deutsche Bank") in connection with the above-referenced matter.  As you have requested, we have prepared analyses of daily net trading positions subject to reset expressed in notional amounts for Mike Curtler, James King, Yves Paturel, Gavin Black, and Timothy Parietti.  These analyses are enclosed on a disc bearing control numbers DBGJ 00014440 – 00014444, and the benchmarks to which they relate and the time periods they cover are set forth in Appendix A to this letter.

       In order to address various aspects of the transactional data that may assist you in interpreting the enclosed analyses and the transactional data you have received to date, we enclose two further appendices.  Appendix B sets forth the proportions of internal "mirror trades" in books from the Kondor trading system associated with Messrs.

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Curtler and King during the period January 1, 2005 through June 30, 2011.  As
background, mirror trades are internal trades which transfer the risk of a trade in one
book into another book.  In particular, for each mirror trade that is entered in the Kondor
trading system, a corresponding internal trade is automatically generated by Kondor, and
the counterparty is recorded as the book in which the original internal trade was entered.
As a result, the "User" field is populated with the same user name for both the mirror
trade and the corresponding trade in the other book.  The list of Kondor books mapped to
Messrs. Curtler and King contained in Appendix B shows the proportion of mirror trades
within each of their Kondor trading system books.

                    We would like to note an important qualification concerning the analyses
we are producing as a result of the presence of internal mirror trades in these books.
Specifically, in cases where both the mirror trade and its corresponding internal trade are
booked within a single trader's books, the effect on the trader's net reset position is zero,
since the two trades will completely offset one another.  However, in cases where only
one of the paired trades is in one trader's book, and the corresponding trade is booked in
another trader's book, the traders' net reset positions will each reflect either the positive
or negative impact of the trade recorded in their respective books and will not reflect the
offsetting effect of the corresponding trade in the other book.

                    In the enclosed analyses and for the purposes of responding to your
request, Deutsche Bank has included the mirror trades contained in the Kondor books that
have been mapped to Messrs. Curtler and King in its calculations of their net reset
positions.  Excluding these mirror trades would affect the result of Deutsche Bank's
calculations of Messrs. Curtler and King's net reset positions.

                    Appendix C to this letter lists the books that Deutsche Bank has mapped to
Mr. Parrieti as the result of the Bank's book-to-trader mapping process.  This mapping
serves as the basis for the corresponding analysis of Mr. Parietti's positions.  The
enclosed analyses for Messrs. Curtler, King, Paturel, and Black are based upon the results
of the book-to-trader mapping process for each trader that were enclosed in our letter of
October 17, 2013.

                    *                    *                    *

                    As the enclosed is not a record maintained in the ordinary course of
business by Deutsche Bank, no associated metadata has been provided.  The enclosed
disc is encrypted.  The key will be provided in a separate email to follow.

                    Provision of the aforementioned materials is not intended to, and does not,
waive any applicable privilege or other legal basis under which information may be
protected from disclosure.  If it were found that production of the materials constitutes
production of otherwise privileged matters, such disclosure would be inadvertent, and is
not intended to, and does not, waive the attorney-client privilege or any other protections.
In addition, neither Deutsche Bank's productions nor anything in this letter shall
constitute a waiver of any jurisdictional defenses Deutsche Bank may have relating to
this matter.

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

    This letter and the aforementioned materials concern non-public, confidential, and privileged business, commercial, and/or personal information regarding the Deutsche Bank and/or its personnel.  We therefore request, pursuant to 5 U.S.C. § 552(b), that confidential treatment be accorded the letter and aforementioned materials, as well as any transcripts, notes, memoranda or other records created by, or at the direction of, the Department of Justice, its officers, or staff members that reflect or relate to the letter or aforementioned materials, and that the letter and aforementioned materials be used by the DOJ solely for purposes of this inquiry.  Accordingly, this letter bears a legend indicating that confidential treatment is requested, and the letter and above-referenced materials are submitted to the CFTC and DOJ on the expectation that they be kept in a non-public file and that access to them by any third party not a member of the DOJ, CFTC, or their staff will be denied.

    We request that the DOJ notify me of any determination not to accord confidential treatment to these materials.  We also request that the DOJ notify me of any request, under the Freedom of Information Act or otherwise, seeking access to the letter or accompanying materials, to enable us to substantiate the grounds for confidential treatment.

      Sincerely,

      Andrew C. Finch

Enclosure

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

## APPENDIX A

### Enclosed Analyses of Net Trading Positions Subject to Reset

| Trader | Benchmarks | Time Period |
|---|---|---|
| Mike Curtler | U.S. Dollar LIBOR, Euribor, Pound Sterling LIBOR, and Swiss Franc LIBOR | January 1, 2005 through June 30, 2011 |
| James King | U.S. Dollar LIBOR and Pound Sterling LIBOR | January 1, 2005 through June 30, 2011 |
| Yves Paturel | U.S. Dollar LIBOR,  Euribor, Yen LIBOR, Euroyen TIBOR, Pound Sterling LIBOR, and Swiss Franc LIBOR | January 1, 2006 through December 31, 2010 |
| Gavin Black | U.S. Dollar LIBOR, Euribor, Yen LIBOR, Euroyen TIBOR,  and Pound Sterling LIBOR | January 1, 2005 through December 31, 2010 |
| Timothy Parietti | U.S. Dollar LIBOR,  Euribor, Yen LIBOR, and Pound Sterling LIBOR | January 1, 2007 through June 30, 2011 |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

## APPENDIX B

### Proportion of Mirror Trades in Kondor Trading System Books

(The period for which ownership has been mapped for each of these books is January 1, 2005 – June 30, 2011.)

| Books Mapped to Mike Curtler | |
|---|---|
| MCUPROP | 0.2% |

| Books Mapped to James King | |
|---|---|
| JKIPROP | 1.0% |

| Books Mapped to Mike Curtler & James King | |
|---|---|
| CTAS_FUND | 100.0% |
| LDN-FXARB | 0.1% |
| LDN-POOLST | 58.2% |
| LDN-STRNOS | 48.5% |
| MM-BOOK | 54.3% |
| MM-NOSTRO | 33.5% |
| MM-ONX | 28.3% |
| WSS-FXARBS | 33.5% |
| WSS-FXFFT | 33.3% |
| WSS-FXNY | 33.3% |
| WSS-FXSYD | 33.3% |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK

APPENDIX C

## RMS Books Mapped to Timothy Parietti

| | |
|---|---|
| **NYMMD1MSWAP**<br>**(January 1, 2007 – December 31, 2008)** | **NYMMBASFX**<br>**(2010)** |
| **NYMMDBASIS**<br>**(January 1, 2007 – June 30, 2011)** | **NYMMDCADOIS**<br>**(January 1, 2010 – June 30, 2011)** |
| **NYMMDFRA**<br>**(January 1, 2007 – December 31, 2009;**<br>**January 1 – June 30, 2011)** | **NYMMDEUROIS**<br>**(January 1, 2010 – June 30, 2011)** |
| **NYMMDIMMTIM**<br>**(January 1, 2007 – June 30, 2011)** | **NYMMMACRFX**<br>**(2010)** |
| **NYMMDOIS**<br>**(January 1, 2007 – June 30, 2011)** | **NYMMBASIFX**<br>**(January 1 – June 30, 2011)** |
| **NYMMDSWAPS**<br>**(2007)** | **NYMMMAC1RFX**<br>**(January 1 – June 30, 2011)** |
| **NYMMDSWAPSOIS**<br>**(January 1, 2007 – December 31, 2009)** | **NYMMRELATFX**<br>**(January 1 – June 30, 2011)** |
| **NYMMD1MOIS**<br>**(January 1, 2008 – June 30, 2011)** | |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

DOJ-A-0001037

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER

212-373-3311

WRITER'S DIRECT FACSIMILE

212-492-0311

WRITER'S DIRECT E-MAIL ADDRESS

rfinzi@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D. GOLDBAUM
NEIL GOLDMAN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
MICHAEL S. HONG
DAVID S. HUNTINGTON
LORETTA A. IPPOLITO
JAREN JANGHORBANI
MEREDITH J. KANE
ROBERTA A. KAPLAN

BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
WILLIAM B. MICHAEL
TOBY S. MYERSON
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
VALERIE E. RADWANER
CARL L. REISNER
LORIN L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
AUDRA J. SOLOWAY
SCOTT M. SONTAG
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
MARIA T. VULLO
ALEXANDRA M. WALSH*
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

November 7, 2014

**By FedEx and Email**

Jennifer L. Saulino, Esq.
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building, Room 4304
Washington, DC 20530

Richard Powers, Esq.
U.S. Department of Justice
Antitrust Division, New York
 Field Office
26 Federal Plaza, Room 3630
New York, New York 10278

*Deutsche Bank AG Interbank Offered Rates Grand Jury Investigation*

Dear Ms. Saulino and Mr. Powers:

As you know, we represent Deutsche Bank AG ("Deutsche Bank" or "the Bank") in connection with the above-referenced matter. Enclosed are analyses of daily net trading positions subject to reset expressed in notional amounts for Guillaume Adolph and Rupert Labrum. These analyses are enclosed on a disc bearing control numbers DBGJ 00014911 – 00014912. The analysis of Mr. Adolph's positions relates to the time period July 1, 2008 through June 30, 2011, and the analysis of Mr. Labrum's positions relates to the time period 2005 through 2010.

Appendix A to this letter sets forth the revised list of trading books that Deutsche Bank has mapped to Mr. Adolph as the result of the Bank's book-to-trader mapping process, and Appendix B to this letter sets forth the revised book-to-trader

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Jennifer L. Saulino, Esq.                                                                    2
Richard Powers, Esq.

mapping for Mr. Labrum.  These revised book-to-trader mappings serve as the bases for
the corresponding analyses of Mr. Adolph's and Mr. Labrum's positions.

    Mr. Adolph's book-to-trader mapping has been revised to exclude the
following trading books, which were either attributable to other traders or were dormant
or closed during the period mapped: FFFNHOTH, FFMMDBASIS,
FFMMDCHFTARGET, FFMMDPUTTHR, and LNMMDEURBAS.  The following
books were added: FFFUSCHF1M, FFMMDEURBS, LNMMMDDAUD3M, and
LNMMDGDPRP.

    Mr. Labrum's book-to-trader mapping has been revised to exclude the
book GILT-REPO, which was determined to be associated with the Bank's Repo desk.
The revised mapping adds the books MMDGBP1M, MMDGBP6M , and MMDGBPOIS.
The MMDGBPOIS book contains 100% mirror trades (as described in our letter of
September 24, 2014) and has been added because Mr. Labrum was the predominant
trader in this book.

                    *                    *                    *

        As the enclosed is not a record maintained in the ordinary course of
business by Deutsche Bank, no associated metadata has been provided.  The enclosed
disc is encrypted.  The key will be provided in a separate email to follow.

        Provision of the aforementioned materials is not intended to, and does not,
waive any applicable privilege or other legal basis under which information may be
protected from disclosure.  If it were found that production of the materials constitutes
production of otherwise privileged matters, such disclosure would be inadvertent, and is
not intended to, and does not, waive the attorney-client privilege or any other protections.
In addition, neither Deutsche Bank's productions nor anything in this letter shall
constitute a waiver of any jurisdictional defenses Deutsche Bank may have relating to
this matter.

        This letter and the aforementioned materials concern non-public,
confidential, and privileged business, commercial, and/or personal information regarding
the Deutsche Bank and/or its personnel.  We therefore request, pursuant to 5 U.S.C. §
552(b), that confidential treatment be accorded the letter and aforementioned materials,
as well as any transcripts, notes, memoranda or other records created by, or at the
direction of, the Department of Justice, its officers, or staff members that reflect or relate
to the letter or aforementioned materials, and that the letter and aforementioned materials
be used by the DOJ solely for purposes of this inquiry.  Accordingly, this letter bears a
legend indicating that confidential treatment is requested, and the letter and above-
referenced materials are submitted to the CFTC and DOJ on the expectation that they be
kept in a non-public file and that access to them by any third party not a member of the
DOJ, CFTC, or their staff will be denied.

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Jennifer L. Saulino, Esq.                                                                                  3
Richard Powers, Esq.

        We request that the DOJ notify me of any determination not to accord
confidential treatment to these materials.  We also request that the DOJ notify me of any
request, under the Freedom of Information Act or otherwise, seeking access to the letter
or accompanying materials, to enable us to substantiate the grounds for confidential
treatment.

                Sincerely,

                Roberto Finzi

Enclosure

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

DOJ-A-0001051

# APPENDIX A

## Guillaume Adolph
(Mapping covers a full year unless otherwise indicated.)

| |
|---|
| FFFUSCHF1M (1 July 2008-2010) |
| FFFUSCHF3M (1 July 2008-2010) |
| FFFUSCHF6M (1 July 2008-2010) |
| FFFUSCHFOIS (1 July 2008-2010) |
| FFMMDEURBS (2010-30 June 2011) |
| LNMMMDDAUD3M (2009) |
| LNMMDGDPRP (2009 and 1 January 2011-30 June 2011) |
| LNMMDJPY1ML (1 July 2008-2009) |
| LNMMDJPY3ML (1 July 2008-2009) |
| LNMMDJPY3MT (1 July 2008-2009) |
| LNMMDJPY6ML (1 July 2008-2009) |
| LNMMDJPY6MT (1 July 2008-2009) |
| LNMMDJPYBS (1 July 2008-2009) |
| LNMMJPYFX (1 July 2008-30 June 2011) |
| LNMMDJPYOIS (1 July 2008-2009) |
| LNMMDJPYTARGET (1 July 2008-30 June 2011) |
| FFMMDEUR1M (2010-30 June 2011) |
| FFMMDEUR3M (2010-30 June 2011) |
| FFMMDEUR6M (2010-30 June 2011) |
| FFMMDEUROIS (2010-30 June 2011) |
| LNMMDDCAD1M (2009) |
| LNMMDECAD1M (2009 – 30 June 2011) |
| LNMMDECAD3M (2009 – 30 June 2011) |
| LNMMDEURMAIN (2010-30 June 2011) |
| LNMMDEURMAIN2 (2010-30 June 2011) |
| LNMMDEUROIS (2010-30 June 2011) |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

## APPENDIX B

### Rupert Labrum

| All Trades |
| --- |
| RLMPROP (2005-2010) |
| MMDGBP1M (2009-2010) |
| MMDGBP3M (2009-2010) |
| MMDGBP6M (2010) |

| GBP Trades Only |
| --- |
| MM-BOOK (2005-2010) |
| MM-ONX (2005-2010) |
| MM-NOSTRO (2005-2010) |
| GBPPROPCD (2005-2008) |
| MMDGBPOIS (2009-2010) |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON  (1946-1991)
RANDOLPH E PAUL  (1946-1956)
SIMON H RIFKIND  (1950-1995)
LOUIS S WEISS  (1927-1950)
JOHN F WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER

212-373-3460

WRITER'S DIRECT FACSIMILE

212-492-0460

WRITER'S DIRECT E-MAIL ADDRESS

afinch@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU  U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON  DC  20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JESSICA S CAREY
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A FIELDSTON
ANDREW C FINCH
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D GOLDBAUM
NEIL GOLDMAN
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
GAINES GWATHMEY, III
ALAN S HALPERIN
JUSTIN G HAMILL
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
MICHAEL S HONG
DAVID S HUNTINGTON
LORETTA A IPPOLITO
JAREN JANGHORBANI
MEREDITH J KANE
ROBERTA A KAPLAN

BRAD S KARP
PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
MARK F MENDELSOHN
WILLIAM B MICHAEL
TOBY S MYERSON
CATHERINE NYARADY
JANE B O'BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
MARC E PERLMUTTER
VALERIE E RADWANER
CARL L REISNER
LORIN L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
ELIZABETH M SACKSTEDER
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
JOHN M SCOTT
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
AUDRA J SOLOWAY
SCOTT M SONTAG
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
MARK A THURMOND
DANIEL J TOAL
LIZA M VELAZQUEZ
MARIA T VULLO
ALEXANDRA M WALSH*
LAWRENCE G WEE
THEODORE V WELLS JR
BETH A WILKINSON
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA MASON WOOD
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

December 12, 2014

**By FedEx and Email**

Jennifer L. Saulino, Esq.
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Bond Building, Room 4304
Washington, DC  20530

Richard Powers, Esq.
U.S. Department of Justice
Antitrust Division, New York
 Field Office
26 Federal Plaza, Room 3630
New York, New York  10278

*Deutsche Bank AG Interbank Offered Rates Grand Jury Investigation*

Dear Ms. Saulino and Mr. Powers:

As you know, we represent Deutsche Bank AG ("Deutsche Bank" or "the Bank") in connection with the above-referenced matter.  On behalf of Deutsche Bank, we enclose a disc bearing control numbers DBGJ 00015096 – 00015101 containing (1) a spreadsheet listing trading books from the Kondor trade capture system associated with Jeroen Brinkman, Ardalan Gharagozlou, Kai-Uwe Kappauf, Markus Kiekenbeck, and Joerg Vogt during the period January 1, 2005 through June 30, 2011 as a result of the Bank's book-to-trader mapping process; and (2) analyses of net positions subject to reset expressed in notional amounts for Messrs. Brinkman, Gharagozlou, Kappauf, Kiekenbeck, and Vogt based upon the enclosed book-to-trader mapping.

The analyses of net positions subject to reset for each custodian reflect their positions referencing interbank offered rates as set forth in the below table.  We note

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Jennifer L. Saulino, Esq.                                                                 2
Richard Powers, Esq.

that, in instances where the Bank's book-to-trader mapping process has associated a trading book with more than one custodian for a certain period, the positions on those shared books will be reflected in the analysis of each custodian's positions.

| Trader | Interbank Offered Rate(s) |
|---|---|
| Jeroen Brinkman | Euribor, GBP LIBOR, CHF LIBOR, USD LIBOR |
| Ardalan Gharagozlou | Euribor, GBP LIBOR, USD LIBOR |
| Kai-Uwe Kappauf | Euribor, GBP LIBOR, USD LIBOR |
| Markus Kiekenbeck | Euribor, Euroyen TIBOR, GBP LIBOR, CHF LIBOR, USD LIBOR, Yen LIBOR |
| Joerg Vogt | Euribor, GBP LIBOR, USD LIBOR |

\*            \*            \*

As the enclosed is not a record maintained in the ordinary course of business by Deutsche Bank, no associated metadata has been provided. The enclosed disc is encrypted. The key will be provided in a separate email to follow.

Provision of the aforementioned materials is not intended to, and does not, waive any applicable privilege or other legal basis under which information may be protected from disclosure. If it were found that production of the materials constitutes production of otherwise privileged matters, such disclosure would be inadvertent, and is not intended to, and does not, waive the attorney-client privilege or any other protections. In addition, neither Deutsche Bank's productions nor anything in this letter shall constitute a waiver of any jurisdictional defenses Deutsche Bank may have relating to this matter.

This letter and the aforementioned materials concern non-public, confidential, and privileged business, commercial, and/or personal information regarding the Deutsche Bank and/or its personnel. We therefore request, pursuant to 5 U.S.C. § 552(b), that confidential treatment be accorded the letter and aforementioned materials, as well as any transcripts, notes, memoranda or other records created by, or at the direction of, the Department of Justice, its officers, or staff members that reflect or relate to the letter or aforementioned materials, and that the letter and aforementioned materials be used by the DOJ solely for purposes of this inquiry. Accordingly, this letter bears a legend indicating that confidential treatment is requested, and the letter and above-referenced materials are submitted to the CFTC and DOJ on the expectation that they be kept in a non-public file and that access to them by any third party not a member of the DOJ, CFTC, or their staff will be denied.

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Jennifer L. Saulino, Esq.                                                      3
Richard Powers, Esq.

   We request that the DOJ notify me of any determination not to accord confidential treatment to these materials.  We also request that the DOJ notify me of any request, under the Freedom of Information Act or otherwise, seeking access to the letter or accompanying materials, to enable us to substantiate the grounds for confidential treatment.

       Sincerely,

       Andrew C. Finch

Enclosure

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

| | |
|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977) | UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300 |

WRITER'S DIRECT DIAL NUMBER

212-373-3460

WRITER'S DIRECT FACSIMILE

212-492-0460

WRITER'S DIRECT E-MAIL ADDRESS

afinch@paulweiss.com

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDSON
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARCO FALCONE
ANDREW C. FINCH
BRAD J. FINKELSTEIN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
PAUL D. GINSBERG
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D. GOLDBAUM
NEIL GOLDMAN
ERIC G. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
MICHAEL S. HONG
JOYCE S. HUANG
DAVID S. HUNTINGTON
LORETTA A. IPPOLITO

JEH C. JOHNSON
MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
WILLIAM B. MICHAEL
TOBY S. MYERSON
CATHERINE NYARADY
JOHN J. O'NEIL
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
VALERIE E. RADWANER
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
AUDRA J. SOLOWAY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
EDWIN J. TOAL
LIZA M. VELAZQUEZ
MARIA T. VULLO
ALEXANDRA M. WALSH*
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

October 17, 2013

**By FedEx**

| | |
|---|---|
| Jennifer L. Saulino, Esq.<br>U.S. Department of Justice<br>Criminal Division, Fraud Section<br>1400 New York Avenue, NW<br>Bond Building, Room 4304<br>Washington, DC 20530 | Richard Powers, Esq.<br>U.S. Department of Justice<br>Antitrust Division, New York Field<br>Office<br>26 Federal Plaza, Room 3630<br>New York, New York 10278 |

*Deutsche Bank AG Interbank Offered Rates Grand Jury Investigation*

Dear Ms. Saulino and Mr. Powers:

As you know, we represent Deutsche Bank AG ("Deutsche Bank") in connection with the above-referenced matter.  In our letters dated September 24 and 26, 2013, you received the following items, which we also enclose here for your convenience:

1. Book-to-trader mappings for former Deutsche Bank employees Carl Maine, Matthias Dux, and Hideto Takata relating to derivatives transactional data (Appendix 1);

2. Book-to-trader mappings for former Deutsche Bank employees James King and Mike Curter relating to derivatives transactional data (Appendix 2);

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Jennifer L. Saulino, Esq.
Richard Powers, Esq.

   3.  Book-to-trader mappings for King and Curtler relating to cash
       transactional data (Appendix 3);

   4.  Book-to-trader mapping for Gavin Black and Yves Paturel relating to
       derivatives transactional data (Appendix 4); and

   5.  Book-to-trader mapping for former Deutsche Bank employee Rupert
       Labrum relating to cash transactional data (Appendix 5).

   Per our letters of September 24th and September 26th, we would like to
provide you with the following background information as to (i) the sources consulted in
creating the enclosed mappings and (ii) the limitations imposed by the availability of
these sources upon the accuracy of these mappings:

   •  In the cases of Maine, Dux, and Takata, Deutsche Bank has been able
      to use several sources, each with varying degrees of reliability, to
      reconstruct the book-to-trader mappings set forth in Appendix 1.
      While the Bank is reasonably confident that the book-to-trader
      mappings listed in Appendix 1 are accurate and reliable, it is possible
      that they may reflect errors or omissions owing to limitations in the
      sources used in their reconstruction.

   •  Regarding other traders, Deutsche Bank has been attempting to
      determine whether it is possible, given the quality and availability of
      various sources, to map derivatives and cash books to individual
      traders to an appropriate level of confidence.  Deutsche Bank has had
      some success in mapping King's and Curtler's derivatives trading
      books and is reasonably confident that the books listed at Appendix 2
      belonged to them.  We note, however, that given the limitations of the
      source materials used in reconstructing these mappings, there is a
      material risk that they are incomplete.

   •  Part I of Appendix 3 lists all of the cash books Deutsche Bank was
      able to associate with King and Curtler.  Beyond these books, the Bank
      has not been able to identify specific cash books associated with James
      King or Mike Curtler, but nevertheless believes it is reasonable to
      assume that all U.S. Dollar-denominated cash trades recorded in the
      books listed in Part II of Appendix 3 would have been executed by, or
      on behalf of, either James King or Mike Curtler.

   •  Regarding Appendix 4, as Gavin Black and Yves Paturel continue to
      be employed by Deutsche Bank, the Bank has taken the supplemental
      step of asking each of them to confirm the accuracy and completeness
      of the lists of books mapped to them.  Black and Paturel confirmed

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Jennifer L. Saulino, Esq.
Richard Powers, Esq.

that they shared several books during 2006 and 2007, after which Black assumed sole responsibility for them. In addition, Black noted two qualifications to the book list that the Bank had mapped to him. In relation to the book LNMMDBASIS, Black understood that the Bank's mapping process had attributed the book to him as of 2008 but he did not acknowledge that he had been responsible for it. In addition, Black acknowledged that at some point he took responsibility for the book LNMMDDNPRP but did not recall precisely when he took over responsibility for that book.

- With respect to Appendix 5, the Bank has been able to solely attribute certain cash books to Rupert Labrum, which are listed in Part I. While the Bank was unable to identify any other cash books that could be solely attributed to Labrum, Part II does include cash books where the Bank has identified Labrum as a trader responsible for GBP-denominated cash trades. The Bank notes that responsibility for GBP-denominated cash trades in the books listed in Part II was shared.

       *             *             *

Provision of the enclosed materials is not intended to, and does not, waive any applicable privilege or other legal basis under which information may be protected from disclosure. If it were found that production of the enclosed materials constitutes production of otherwise privileged matters, such disclosure would be inadvertent, and is not intended to, and does not, waive the attorney-client privilege or any other protections. In addition, neither Deutsche Bank's enclosed production nor anything in this letter shall constitute a waiver of any jurisdictional defenses Deutsche Bank may have relating to this matter.

This letter and the accompanying materials concern non-public, confidential, and privileged business, commercial, and/or personal information regarding the Deutsche Bank and/or its personnel. We therefore request, pursuant to 5 U.S.C. § 552(b), that confidential treatment be accorded the letter and accompanying materials, as well as any transcripts, notes, memoranda or other records created by, or at the direction of, the Department of Justice, its officers, or staff members that reflect or relate to the letter or accompanying materials, and that the letter and accompanying materials be used by the DOJ solely for purposes of this inquiry. Accordingly, this letter bears a legend indicating that confidential treatment is requested, and the letter and accompanying materials are submitted to the DOJ on the expectation that they be kept in a non-public file and that access to them by any third party not a member of the DOJ or its staff will be denied.

We request that the DOJ notify me of any determination not to accord confidential treatment to these materials. We also request that the DOJ notify me of any

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Jennifer L. Saulino, Esq.
Richard Powers, Esq.

request, under the Freedom of Information Act or otherwise, seeking access to the letter or accompanying materials, to enable us to substantiate the grounds for confidential treatment.

Sincerely,

Andrew C. Finch

Enclosures

FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK

DOJ-A-0012602

## APPENDIX 1

## LIST OF DERIVATIVES TRADING BOOKS IN RELEVANT PERIOD

*The books of Dux and Takata are available on the basis of searches conducted from January 1, 2006 onwards. Dux ceased to be an employee of Deutsche Bank on February 29, 2008 and Takata ceased to be an employee of Deutsche Bank on January 11, 2008.

**Maine was an employee of Deutsche Bank from September 1, 2000 to February 20, 2012. Maine's books were readily identifiable for the period January 1, 2008 to December 31, 2009 only.

| MATTHIAS DUX* | HIDETO TAKATA* | CARL MAINE** |
|---|---|---|
| TKABPROP   (1-Dec-2007 to 29-Feb-2008) | TKMMJP3L   (1-May-2006 to 11-Jan-2008) | LNMMDGBP1M (1-Jan-2008 to 31 Dec 2009) |
| TKGFFF   (1-Dec-2007 to 29-Feb-2008) | TKMMJP3T   (1-May-2006 to 11-Jan-2008) | LNMMDGBP6M (1-Jan-2008 to 31 Dec 2009) |
| TKGFLN   (1-Dec-2007 to 29-Feb-2008) | TKMMJP1L   (1-May-2006 to 11-Jan-2008) | LNMMDGBPOIS (1-Jan-2008 to 31 Dec 2009) |
| TKGFFF1   (31-May-2006 to 29-Feb-2008) | TKMMJP1T   (1-May-2006 to 11-Jan-2008) | LNMMDGBPTARGET (1-Jan-2008 to 31 Dec 2009) |
| TKGFLN1   (31-May-2006 to 29-Feb-2008) | TKMMJP6L   (1-May-2006 to 11-Jan-2008) | LNMMDPUTTHR (1-Jan-2008 to 31 Dec 2009) |
| TKMMDFF   (31-May-2006 to 29-Feb-2008) | TKMMJP6T   (1-May-2006 to 11-Jan-2008) | LNMMDXMKT (1-Jan-2008 to 31 Dec 2009) |
| TKMMDLN   (31-May-2006 to 29-Feb-2008) | TKMMJPOIS   (1-May-2006 to 11-Jan-2008) | LNMMDCMPRP (1-Jan-2008 to 31 Dec 2009) |
| TKMMDLT   (17-Apr-2006 to 29-Feb-2008) | TKMMTARG   (15-Aug-2007 to 11-Jan-2008) | LNMMCMFX (1-Jan-2008 to 31 Dec 2009) |
| TKMMUSD0   (31-May-2006 to 30-Sep-2007) | | LNMMDGBPBS (24-Aug 2009 – 31 Dec-2009) |
| TKMMUSD1   (15-Aug-2006 to 30-Sep-2007) | | LNMMDMSPRP (24-Aug 2009 – 31- Dec-2009) |
| TKMMUSD3   (30-Jun-2006 to 30-Sep-2007) | | LNMMDGBPXBS (24-Aug 2009 – 31-Dec-2009) |
| TKMMJP3L   (15-Jan-2008 to 29-Feb-2008) | | LNMMCMFX (24-Aug 2009 – 31-Dec-2009) |
| TKMMJP3T   (15-Jan-2008 to 29-Feb-2008) | | LNMMDGBPMMD (1-Jan-2008 to 31 Dec 2009) |
| TKMMJP1L   (15-Jan-2008 to 29-Feb-2008) | | LNMMDXMKT1M (1-Jan-2008 to 31 Dec 2009) |
| TKMMJP1T   (15-Jan-2008 to 29-Feb-2008) | | |
| TKMMJP6L   (15-Jan-2008 to 29-Feb-2008) | | |
| TKMMJP6T   (15-Jan-2008 to 29-Feb-2008) | | |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

| MATTHIAS DUX* | HIDETO TAKATA* | CARL MAINE** |
|---|---|---|
| TKMMJPOIS  (15-Jan-2008 to 29-Feb-2008) | | |
| TKMMTARG  (15-Jan-2008 to 29-Feb-2008) | | |
| TKSSPROP  (30-Nov-2007 to 28-Dec-2007) | | |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

## APPENDIX 2

### LISTS OF DERIVATIVES TRADING BOOKS

| JAMES KING | MIKE CURTLER |
|---|---|
| LNMMDDCAD3M ( 1-Feb -2010 to 30-June-2011) | LNMMDMCPRP ( 1-Jul-2006– to 30-June-2011) |
| LNMMDJKPRP (1-Aug-2008 to 30-June-2011) | LNMMDMCPRP1M (1-Sep 2006 to 30-June-2011) |
| LNMMMDDAUD3M ( 1 Jan 2010 – 30 June 2011) | LNMMDMCRNG (1-Jan-2007 to 30-June-2011) |
| LNMMDNZD3M (1 May 2011 – 30 June 2011) | LNMMDMCTARGET ( 1-Jun-2007 to 30-June-2011) |
|  | LNMMDUSDPOOL ( 1-Mar-2009 to 30-June-2011) |
|  | LNMMMCFX  1- April 2008 to 30- June-2011 |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

## APPENDIX 3

## LIST OF CASH BOOKS

### Part I

| JAMES KING | MIKE CURTLER |
|---|---|
| JKIPROP | MCUPROP |

### Part II

| JAMES KING or MIKE CURTLER |
|---|
| MM-BOOK |
| MM-ONX |
| LDN-FXARB |
| WSS-FXARBS |
| MM-NOSTRO |
| WSS-FXSYD |
| LDN-POOLST |
| CTAS_FUND |
| WSS-FXNY |
| WSS-FXFFT |
| LDN-STRNOS |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK

## APPENDIX 4

## LISTS OF DERIVATIVES TRADING BOOKS

| GAVIN BLACK | YVES PATUREL |
|---|---|
| LNMMDBASIS (1 January 2008 – 31 December 2010) | FFMMDRANGE (1 December 2006 – 31 December 2010) |
| LNMMDJVOUSD (1 January 2005 – 31 December 2010) | LNMMBCFX (1 January 2008 – 31 December 2010) |
| LNMMDTUSD (1 January 2005 – 31 December 2010) | LNMMDUFX1M (1 November 2007 – 31 December 2010) |
| LNMMDUSDOIS (1 January 2005 – 31 December 2010) | LNMMDUFX3M (1 November 2007 - 31 December 2010) |
| LNMMDGRD (1 January 2005 – 31 December 2010) | LNMMDYPMAIN (1 July 2008 – 31 December 2010) |
| LNMMDPROP2 (1 January 2005 – 31 December 2010) | LNMMDYPPRP (1 February 2007 – 31 December 2010) |
| LNMMDUSD6M (1 April 2008 – 31 December 2010) | LNMMYPFX (1 February 2007 – 31 December 2010) |
| LNMMDUSDBS (1 January 2008 – 31 December 2010) | LNMMDJVOUSD (1 January 2006 – 31 December 2007) |
| LNMMDUSDXBS (1 January 2008 – 31 December 2010) | LNMMDTUSD (1 January 2006 – 31 December 2007) |
| LNMMDUSDTARGET (1 January 2008 – 31 December 2010) | LNMMDUSDOIS (1 January 2006 – 31 December 2007) |
| LNMMDDNPRP (1 January 2008 – 31 December 2010) | LNMMDPROP2 (1 January 2006 – 31 December 2007) |
| LNMMDUSDXMKT6M (1 July 2008 – 31 December 2010) | |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**

## APPENDIX 5

## LIST OF CASH BOOKS

### Part I

| RUPERT LABRUM |
| --- |
| RLMPROP |
| MMDGBP3M |

### Part II

| RUPERT LABRUM<br>Shared Responsibility for GBP Trades |
| --- |
| MM-BOOK |
| MM-ONX |
| MM-NOSTRO |
| GILT-REPO |
| GBPPROPCD |

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY DEUTSCHE BANK**