# EXHIBIT B



**U.S. Department of Justice**

Criminal Division

---

*Fraud Section*  	1400 New York Avenue, NW
  	Washington, D.C. 20005


**VIA ELECTRONIC MAIL**  	May 2, 2017

Seth L. Levine
Jillian B. Berman
Aaron I. Karp
Levine Lee LLP
650 Fifth Avenue
New York, NY 10019
*Attorneys for Gavin Campbell Black*

Kenneth M. Breen
John P. Nowak
Phara A. Guberman
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
*Attorneys for Matthew Connolly*

  	Re:  	*United States v. Connolly, et al.*

Dear Counsel:

  	Below please find a summary of the Government's notes from a March 6, 2013 meeting with representatives from Deutsche Bank, including outside counsel, where we discussed trading data. This letter is not a verbatim recitation of the meeting.

**Summary of Notes:**

  	DB provided cornerstone with data
- CSV and excel files
- Data extracted from trade repositories/ platforms
    - RMS and Kondor
        - RMS – derive traders
            - More complex data/trades system
        - Kondor – pool desk, cash flow files
- Made sure that extracted data was error free and there were no omissions
    - Data that DOJ received
- Produced data in 2 formats (Excel and SAS)

- Data produced
    - 3 product types
        - USD
        - Yen
            - Still working on Yen Kondor data
        - EURIBOR
    - Each currency had own prod
    - Sample
        - Swaps, FRAs, futures, futures options, IR caps and floors
    - Time frame 1/1/2005 – 6/27/2011
    - History of actions related to the contract
    - Cash flow files for each contract
    - Swaps – 2 records per contract
- RMS
    - Majority of volume of derive trading in GFF lives in this platform
    - Contract files and cash flow files
        - Broken up into date ranges
    - Cash flow files
        - Broken up across time, not product
    - Each contract has a unique identifier in system = System ID
        - Lists characteristics of the contract
            - Variable names
            - Leg1 multiplier = 0, then it is fixed leg
            - Leg2 multiplier = 1, it is floating
            - Leg1 frequency = payment frequency
            - See summary sheet provided for term/characteristic definitions
        - Notional
            - Minus = DB paying
            - + = DB receiving
            - Currency is determined by Leg1Currency variable
                - TIBOR vs Yen LIBOR
                    - There will be a way to tell
                    - Fixing reference variable
        - Data is like a that of a trade confirm
        - Lists actual days that fixings occur
        - Actions
            - New = start of contract
            - Fixed = fixing of floating legs
            - CouponPaid = captures cash flow event
            - Roll = expiration of contract

2

- Each action has an associated date = ActionEffectiveDate
- Economic = something is happening with contract
  - Ex. Early termination
- Non-economic
  - Additional info re contract
- Dates in file name relates to date of an action
  - A contract may have actions that span several files
    - Will need to extract contract files using the common SystemID
    - Each action has a version #
    - o Value of the Relevant Ref Rate
      - RMS data does not include the value of the ref rate for a specific day
      - Need to track down rate fixing via 3rd party (ie. Bloomberg)
    - o RMS Cash Flow Files
      - Record created each time a cash-flow related action occurs for a contract
      - Will need to extract files from ExercisedFromSourceSystemID column to find all cash flows for a specific contract
      - FixedDate
        - End of the accrual period
      - Roll date not in contract files
        - Roll date shows when $ changes hands
          - Generates an instruction for a payment
          - Profit center – will show individual transactions
          - DB unsure if these are netted
          - May be netted to reduce transaction costs
        - CouponPaid only shows the amount that would change at that point, but no $ is exchanged
          - Instruction going from trade depository
      - LastFixedDate shows the last time that the rate was looked up
    - o Any testing to ensure data accuracy going into RMS?
      - No specific testing, but confirmation team goes through each trade
      - Data ties out, can find confirms and cash flows
      - If a trade is not in RMS, then there is no way for a payment to be sent
      - Cornerstone made sure that data contained the same amount of columns and files that originally came from DB's system
      - Too much data to verify each transaction individually
- Info
  - o Trade date
    - TradeDate or ActionEffectiveDate
  - o Reset Date or Rel Fix of LIBOR
    - LegxLastFixedDate

3

- Term/Tenor
    - LegxMultiplier
        - LegxFrequency
- Ref Index
    - Fixing reference and tenor
- Currency
    - Legxcurrency
- Counterparty
    - Counterparty in data
        - Unique identifiers
            - DB can give mapping for counterparty info
                - Only change may be due to bank mergers
                    - Merrill Lynch to BoA
                - DB can also tell why the CP name and customer name is different for specific deals
        - Location is not part of this data
            - will need to have mapping of identifiers to show location
    - Sometimes the customer info is lost if the trade is booked through a broker
    - Customer field is a record of who was being traded with
    - LCH
        - Citi as customer and LCH as counterparty
    - Should be able to figure out who the customer is on the other side of a deal, even if there is a broker
        - There will be some instances where DB never knows the ultimate customer is may just know the brokerage firm
    - Customer = end user of the trade
    - Counterparty = person receiving the payments from DB
        - Then given to customer
    - DB can document the instances where CP and customer are not the same
        - Can produce a list of all names
    - DB is primarily concerned who the credit risk is with
- Trade type
    - Files are segregated by trade type
        - Code for future vs future option
    - Column called TradeType
- Location of CP
    - DB would rather check the records to confirm the location of the CP/customer
    - Short codes go into a central system that contains all of the long name and location info
- Book ID

4

- RMS column "Book"
    - Book is unique to RMS
        - May have multiple people on a single book
        - Book owner
            - Book shares
                - Shared for different DB locations
                - May be a sr trader, but no "owner"
        - Product type determines the book a trade is done in
        - Traders may have their own private book and also be part of a shared global book.
        - You will see contracts migrate across several books
            - Reasons
                - Trader left
                - Product needs to settle the same way in the book it is being moved to
    - Trader may trade on more than one book
- Nothing that would identify trading strategy
  - Internal Trade ID
    - Same as System ID
  - External Trade ID
    - Ref to the exchange traded contract for Futures
    - Only way there would be a universal ID with CP would be if it was a Futures trade
    - You would only need to exchange confirms
    - Unlikely to terminate a trade
        - Would just create a new trade
  - Modification of contract
    - New version #
    - Action Effective Date
  - Status
    - Active or Not Active
  - Desk ID
    - RMS does not have this field
    - Would need to map books to desk
  - Booking Location
    - Unsure. Some columns come from older systems
        - About 100 fields that serve no purpose
        - DB gave DOJ every field
            - Possible for DB to identify redundant columns?
                - Yes, DB can give us what would be useful

5

- See Summary of Selected RMS Variables
  - Trader ID
    - Who is responsible for that risk at the time
      - Comms/emails to see who agreed to deal
      - Was the trader in the building
      - Reports
    - DB can provide this info for specific trades
      - Took a week to get 12 trades
    - Trader ID field not populated often
      - Trade could come in automatically
      - Trader who populated the most
        - Most likely the owner of the books
      - How often did he trade in that book
      - EnteredBy field
        - Trades can be entered by anyone
        - Doesn't tell who is responsible for the trade
        - Helps if you can see who entered the most and link it to a sr trader
        - Management reports could name the books
        - Back office knowledge
          - Can ask them who owned them
        - Desk management reports
          - Starts in late 2008
          - Not an official record
          - Used to monitor trader performance
          - High degree of confidence
          - Unsure if it includes every trader in GF
        - Employment contract that states the books
          - Not always solid/accurate
          - May trade in books not in a contract
        - Business managers may have knowledge of who traded in what books
          - Not an official record
      - DB has gone through these variables to try to determine who owns a book, but not a perfect science
      - DB is not really focused on an individual's performance, it is more concerned with how a particular business is/was doing
    - For Adolph and Bittar there is more information
      - Adolph had a book runner
        - Also proved it out by using other sources

6

- - - - o Doesn't need to instruct a trade to booked
        - He is responsible for a book
  - Every trade is put into a book
    - Cannot do a trade outside of a book
  - Shared Book
    - Column called booking location
      - o DB does not think that this has been populated
  - Trader mapping
    - Book is the most granular level
  - Quarterly snapshots
    - People's roles change in office
      - o Not sure how accurate it could be
    - Need to figure out who owns the book first
    - There are thousands of books
      - o Looked at 15 traders
        - Only 8 came back as book owners
    - Could cut down book population by removing FX books
      - o Only Global Finance books
        - Only hundreds of books, not thousands

RMS and Kondor
- RMS captures 85% of trades
  - o Kondor captures 15%
- RMS captures 95% of swap contracts
- Most of the derive contacts in Kondor are futures futures options contracts, which are single period contracts
  - o Futures contracts identify which market the product is traded on

Kondor Futures
- Security_name shows the tenor and currency and market it is traded on
  - o EX CME
- VAL_CAP = system ID, unique identifier
- Type = buying or shorting
- DOJ has received the Kondor files (_kdr)
  - o Broken out by product types
- Kondor data do not include cash flows

RMS Data
FRAS
- Contract files and cash flow files
  - o Contract files contain actions
    - Currency and fixing ref and rate tenor

7

- ▪ Fixing date = day of reset
- ▪ Notional
  - • Negative = paying fixed, receiving variable/floating
- ▪ Day count
  - • Tells what exactly the cash accrual would be as a basis
- Actions
  - o Limited action options
  - o Cash flow file shows amount of cash flow
    - ▪ Amount transferred in or out of DB\

Futures Contract
- Mapping key will be useful
- Single contract
- Currency and Future code (EX USI-CME)
  - o Tells where the future is being traded
- Number of contracts provides two pieces of info
  - o Number of contracts
  - o + or – gives you the position of the trade
    - ▪ - means benefit from increase in ref rate
      - • Shorting
- Actions
  - o New or exercised
    - ▪ Exercised
  - o Note field
    - ▪ Tells price it was exercised at
    - ▪ Note on record
  - o Cash flow file
    - ▪ Recorded as single cash flow
      - • Singular cumulative cash flow

Futures Option Contract
- Not prepared for today
- DB did give list of key fields in summary RMS variables

Systems Walk Through
- Summit
  - o External vendor package
    - ▪ Exists in several banks
  - o Has different models for diff products
  - o DB used it as an all inclusive system 10 yrs ago
    - ▪ Now used as trade repository and settlement documentation
      - • Used for back office processes

8

- - - - - Traders do not see this, nor have access to it
            - Back office makes sure that RMS and Summit match up
            - Does not generate risk reports for traders
        - External payments to CPs
            - Not complete picture
                - RMS is complete picture of everything
- Each desk has its own risk management system that it uses
- Risk
    - Spreadsheet blotter
        - Interface with RMS
            - Can pull back info from RMS
                - Model risk

                - Send trades into RMS
                    - Populates trader field
        - Not stored anywhere
            - Traders have own blotter with live data to show them their risk
- Rolfe and Nolan
    - "click and trade" tools for both customers and used internally
    - Used by Exchange Rate and Futures and Options traders
- Swapswire
    - Electronic confirm process
        - Sent through to Summit
- RMS
    - Everything from the traders flows through RMS
- Concentrix
    - Can go back and look at historical P&L data/figures
        - Can see by business and not by trader
            - Books get aggregated
- CPG Desk
    - Credit risk goes against a traders P&L
    - Desk would look at the books and where there is a large amount of credit risk
        - Book credit default swap to balance
    - Short term trades would not appear on the CPG's radar in time for them to book a swap

***********************************

9

As always, please let us know if you have any questions or would like to discuss these matters further.

Sincerely,

_____/s/_____
Carol L. Sipperly, Assistant Chief
Alison Anderson, Trial Attorney
Richard Powers, Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section


_____/s/_____
Michael T. Koenig, Trial Attorney
United States Department of Justice
Antitrust Division