UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW CONNOLLY and<br>GAVIN CAMPBELL BLACK,<br><br>                    *Defendants*. | No. 1:16-cr-00370 (CM)<br><br>ECF Case<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT GAVIN CAMPBELL BLACK'S
MOTION FOR *KASTIGAR* RELIEF**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting materials, Defendant Gavin Campbell Black, by his undersigned counsel, hereby moves this Court for an Order granting his Motion for *Kastigar* Relief and granting such further and other relief as the Court deems just and proper.

Dated: New York, New York
       December 10, 2018

                                        By: /s/ Seth L. Levine
                                            Seth L. Levine
                                            Scott B. Klugman
                                            Miriam L. Alinikoff
                                            Dylan A. Stern

                                        **LEVINE LEE LLP**
                                        650 Fifth Avenue, 13th Floor
                                        New York, New York 10019
                                        Telephone:  (212) 223-4400
                                        Facsimile:  (212) 223-4425
                                        slevine@levinelee.com
                                        sklugman@levinelee.com
                                        malinikoff@levinelee.com
                                        dstern@levinelee.com

                                        *Attorneys for Defendant Gavin Campbell Black*