UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against—

MATTHEW CONNOLLY and
GAVIN CAMPBELL BLACK,

    Defendants.

---------------------------------------------------------------X

16 Cr. 370 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY ...
5/14/19

## ORDER SETTING DATE FOR SENTENCING

McMahon, C.J.:

    The sentencing of defendants Matthew Connolly and Gavin Campbell Black will be held on October 24, 2019, at 10:30 a.m.

Dated: May 9, 2019

_____
Chief Judge