AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

GAVIN CAMPBELL BLACK

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:S1 16 CR 370-02 (CM)

The Second Circuit Court of Appeals has reversed the judgment of conviction in this matter, and remanded the case to the district court for entry of a judgment of acquittal. *See United States v. Connolly and Black*, Case 19-3806, Document 178-1, 01/27/2022, 3250685 (2d Cir. 2022) (Mandate Issued March 16, 2022).

ACCORDINGLY, IT IS ORDERED that Gavin Campbell Black is acquitted on all counts.

Mr. Black is no longer subject to the Order Setting Conditions of Release (Dkt. 41). The Court hereby orders the release of the Appearance Bond filed on September 8, 2016 (entered October 19, 2016), and directs the Court's Financial Administrator to facilitate the return of the $100,000 that Mr. Black posted in cash bail back to his counsel, Levine Lee LLP, and to refund Mr. Black for any fine and assessment payments made in connection with his now vacated convictions.

Signature of Judge

Colleen McMahon — U.S.D.J.
Name of Judge — Title of Judge

4/21/2022
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2022